# Robinson+Cole

PATRICK W. BEGOS

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
pbegos@rc.com
Direct (203) 462-7550

Also admitted in New York

*By ECF*

June 24, 2021

Hon. Ronnie Abrams
United States District Court
40 Foley Square
New York, NY 10007

Re: **Maloof v. Cigna Life Insurance Company of New York
Case No. 21-cv-03848-RA**

Dear Judge Abrams:

This firm represents defendant, New York Life Group Insurance Company of NY, formerly known as Cigna Life Insurance Company of New York. I submit this letter motion, with the consent of counsel for plaintiff, to request that the Court: (1) extend defendant's time to respond to the complaint from June 28, 2021 to July 28, 2021; and (2) adjourn the initial conference from July 30, 2021 to a date during the weeks of August 16 or August 23 that is convenient for the Court.

There is good cause for this request, because this firm was engaged only this week, and we require time to review the claim materials and consult with our client regarding a response to the complaint. In addition, the parties believe that the initial conference will be more productive if adjourned to a date sufficiently after defendant's response to the complaint is due.

There have been no previous requests to adjourn either date. As noted, counsel for plaintiff consents to this request.

Respectfully,

*/s/ Patrick W. Begos*
cc: Michael Quiat, Esq. (*via* ECF)

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP